| | |
|---|---|
| | **FILED** |
| | July 2, 2008 |
| | CLERK, US DISTRICT COURT |
| | EASTERN DISTRICT OF |
| | CALIFORNIA |
| | DEPUTY CLERK |

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
                           )   Case No. MAG. 08-0217-KJM
            Plaintiff,     )
v.                         )   ORDER FOR RELEASE OF
                           )   PERSON IN CUSTODY
ANGELITO EVANGELISTA,      )
                           )
            Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release ANGELITO EVANGELISTA, Case No. MAG. 08-0217-KJM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $150,000.00.

   _X_   Unsecured Appearance Bond (Interim)

   _X_   Appearance Bond with Surety

   _X_   (Other) Conditions as stated on the record.

   _X_   (Other) The Defendant is ordered released forthwith under a $150,000 unsecured bond. pending the posting of secured bond paperwork within 3 weeks.

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  07/02/08  at 3:15 p.m

By _____
   Edmund F. Brennan
   United States Magistrate Judge