1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  916-447-1193

4  Attorney for Defendant
   ANGELITO EVANGELISTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | NO. 08-cr-00318-LKK |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER RE WAIVER OF DEFENDANT'S PRESENCE |
| | ) | |
| ANGELITO EVANGELISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| _____ | ) | |

    Defendant ANGELITO EVANGELISTA hereby waives the right to be present in person in open court upon the hearing of any motion or other proceeding in this cause, including, but not limited to, when the case is ordered set for trial, when a continuance is ordered, and when any other action is taken by the court before or after trial, except on arraignment, plea, impanelment of jury and imposition of sentence.

    Defendant hereby requests the court to proceed is his absence which the court may permit pursuant to this waiver; agrees that his interests will be deemed represented at all times by the presence of her attorney, Dwight M. Samuel, the same as if defendant were personally present; and further agrees to be present in court ready for trial any day and hour the court may fix in him absence.

    Defendant further acknowledges that he has been informed of his rights under Title 18

U.S.C. sections 3161 through 3174 (Speedy Trial Act), and authorizes his attorney to set times and dates under that Act without defendant being present.

DATED: July 10, 2008

/S/Angelito Evangelista
ANGELITO EVANGELISTA

APPROVED: July 10, 2008

/s/Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

APPROVED: July 21, 2008

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT