DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193

Attorney for Defendant
ANGELITO EVANGELISTA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-318 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER EXTENDING |
| v. ) | DUE DATE FOR |
| ) | SECURED BOND |
| ANGELITO EVANGELISTA, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

It is hereby stipulated and agreed to between, Angelito Evangelista, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Courtney Linn, Assistant United States Attorney, that the Secured Bond, originally ordered to be filed on July 23, 2008 be extended to permit filing on or by July 30, 2008.

Respectfully submitted,

Dated: July 23, 2008

                                              /s/ Dwight M. Samuel
                                              DWIGHT M. SAMUEL
                                              Attorney for Defendant

////

////

////

////

////

Dated: July 23, 2008

                                        /s/ Courtney Linn[1]
                                        COURTNEY LINN
                                        Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: July 24, 2008.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

---

[1] Signed per telephonic authorization.