1  DWIGHT M. SAMUEL (CA SB# 054486)
   A Professional Corporation
2  117 J Street, Suite 202
   Sacramento, California 95814-2282
3  (916) 447-1193

4  Attorney for Defendant
   ANGELITO EVANGELISTA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-S-08-318 LKK |
|---|---|---|
| Plaintiff, | ) | STIPULATION AND ORDER |
| v. | ) | EXTENDING DUE DATE FOR SECURED BOND |
| ANGELITO EVANGELISTA, | ) | |
| Defendant. | ) | |

It is hereby stipulated and agreed to between, Angelito Evangelista, by and through counsel, Dwight M. Samuel, Attorney at Law and United States of America, by and through Courtney Linn, Assistant United States Attorney, that the Secured Bond, originally ordered to be filed on July 23, 2008 then extended to July 30, 2008 be extended to permit filing on or by August 6, 2008.

Respectfully submitted,

Dated: July 30, 2008

                                          /s/ Dwight M. Samuel
                                      DWIGHT M. SAMUEL
                                      Attorney for Defendant

Dated: July 30, 2008

                              /s/ Courtney Linn[1]
                              COURTNEY LINN
                              Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: 07/31/08

                              /s/ Gregory G. Hollows
                              _____
                              United States District Court Judge

evangelista.ord

---

[1] Signed per telephonic authorization.