DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
(916) 447-1193

Attorney for Defendant
ANGELITO EVANGELISTA

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-S-08-318 LKK |
| ) | |
| Plaintiff, ) | STIPULATION AND |
| ) | ORDER |
| v. ) | |
| ) | |
| ANGELITO EVANGELISTA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby stipulated and agreed to between, Angelito Evangelista, by and through counsel, Dwight M. Samuel, Attorney at Law, and United States of America, by and through Courtney Linn, Assistant United States Attorney, as follows:

The original court order for secured bail was for $150,000. Based upon documentation provided, the actual value of the property pledged as security equals approximately $127,000. Based upon the documents supplied and the fact that the amount appears satisfactory to the United States Government all parties stipulate the bond for the $150,000 can be secured by the property located at 1121 Visitacion Ave, San Francisco, CA 94134.

//
//
//
//

Respectfully submitted,

Dated: August 6, 2008

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

Dated: August 6, 2008

/s/ Courtney Linn[1]
COURTNEY LINN
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: August 7, 2008

U.S. MAGISTRATE JUDGE

---

[1] Signed per telephonic authorization.