**FILED**
May 28, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 2:08-CR-00318-LKK |
| Plaintiff, | ) | |
| v. | ) | ORDER FOR RELEASE OF |
| | ) | PERSON IN CUSTODY |
| ARTHUR EVANGELISTA, | ) | |
| | ) | |
| Defendant. | ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>ARTHUR EVANGELISTA</u>, Case No. <u>2:08-CR-00318-LKK</u>, Charge <u>Title 18 USC § 1341</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of $ <u>25,000</u>

    _X_   Unsecured Appearance Bond - Co-signed

    ___   Appearance Bond with 10% Deposit

    ___   Appearance Bond with Surety

    ___   Corporate Surety Bail Bond

    _X_   (Other)   <u>with pretrial supervision and conditions of release as stated on the record in open court.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>May 28, 2010</u> at <u>2 45</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge