DWIGHT M. SAMUEL (CA SB# 054486)
A Professional Corporation
117 J Street, Suite 202
Sacramento, California 95814-2282
DwightSamuelatty@Yahoo.com
(916) 447-1193

Attorney for Defendant
Angelito Evangelista

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>v.<br><br>ANGELITO EVANGELISTA,<br><br>        Defendant. | NO. CR. S-08-318 LKK<br><br>STIPULATION AND ORDER<br>RE MODIFICATION OF TURN IN DATE |

    It is hereby stipulated and agreed to between, Angelito Evangelista, by and through counsel, Dwight M. Samuel, Attorney at Law, and United States of America, by and through Russell Carlberg, Assistant United States Attorney, that the turn in date originally ordered by the court of March 15, 2012 be vacated and that defendant will be ordered to turn himself in on June 8, 2012.

    The foundation for the requested modification of the courts order is based upon defendant's need to complete his Workmans Compensation medical evaluation. This evaluation needs to be done in order for the defendant to get a disability rating and resolve his Workmans Compensation claim. In a document supplied to AUSA Carlberg and Linda Alger of Federal Probation, defendant represents that the time for this Workmans Compensation examination is May of 2012.

Based upon defendant's representation the government does not oppose the modification of defendant's turn in date as above enumerated.

Therefore the parties request in the interest of justice that the courts turn in order be modified to permit a turn in date of June 8, 2012.

Respectfully submitted,

Dated: February 6, 2012

/s/ Dwight M. Samuel
DWIGHT M. SAMUEL
Attorney for Defendant

Dated: February 6, 2012

/s/ Russell Carlberg
RUSSELL CARLBERG
Assistant U.S. Attorney

IT IS SO ORDERED.

Dated: February 8, 2012

LAWRENCE K. KARLTON
United States District Court Judge