BENJAMIN B. WAGNER
United States Attorney
RUSSELL L. CARLBERG
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California  95814
Telephone: (916) 554-2748

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. S-08-318 LKK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | TO VACATE RESTITUTION |
| v. | ) | HEARING |
| | ) | |
| ANGELITO EVANGELISTA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**STIPULATION**

IT IS HEREBY stipulated between the United States of America through its undersigned counsel, Russell L. Carlberg, and Dwight Samuel, Esq., counsel for defendant Angelito Evangelista, that the restitution hearing scheduled for February 14, 2012, **may be vacated.**  The government and Probation have not been able to determine which entities recognized the losses associated with the mortgage loans in this case due to their re-sale on the secondary market.

DATE: February 13, 2012          BENJAMIN B. WAGNER
                                 United States Attorney

                                 By: /s/ Russell L. Carlberg
                                     Russell L. Carlberg
                                     Assistant U.S. Attorney

1

```
                                    /s/*
                            DWIGHT SAMUEL
                            Attorney for Defendant
                            Angelito Evangelista
```

**ORDER**

IT IS SO ORDERED.

Dated: February 13, 2012

```
                            _____
                            LAWRENCE K. KARLTON
                            SENIOR JUDGE
                            UNITED STATES DISTRICT COURT
```

* Signed with permission