1 | BENJAMIN B. WAGNER
United States Attorney
2 | RUSSELL L. CARLBERG
Assistant U.S. Attorney
3 | 501 I Street, Suite 10-100
Sacramento, California  95814
4 | Telephone:  (916) 554-2748

5

6

7 |            IN THE UNITED STATES DISTRICT COURT

8 |         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 | UNITED STATES OF AMERICA,      )    CR NO. S-08-318 LKK
                                )
11 |           Plaintiff,          )    STIPULATION AND ORDER
                                )    TO VACATE RESTITUTION
12 |      v.                      )    HEARING
                                )
13 | ANGELITO EVANGELISTA,          )
                                )
14 |           Defendant.          )
_____ )

15

16 |                   **STIPULATION**

17 |      IT IS HEREBY stipulated between the United States of America

18 | through its undersigned counsel, Russell L. Carlberg, and Dwight

19 | Samuel, Esq., counsel for defendant Angelito Evangelista, that

20 | the restitution hearing scheduled for February 14, 2012, **may be**

21 | **vacated.**   The government and Probation have not been able to

22 | determine which entities recognized the losses associated with

23 | the mortgage loans in this case due to their re-sale on the

24 | secondary market.

25 | DATE: February 13, 2012           BENJAMIN B. WAGNER
                                    United States Attorney
26
                                 By:  /s/ Russell L. Carlberg_____
27 |                                   Russell L. Carlberg
                                    Assistant U.S. Attorney
28

                                 1

1

2                                    /s/*
                           DWIGHT SAMUEL
3                          Attorney for Defendant
                           Angelito Evangelista

4

5                              **ORDER**

IT IS SO ORDERED.
6

7   Dated: February 13, 2012

                           LAWRENCE K. KARLTON
8                          SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

* Signed with permission
25

26

27

28

                               2